# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOE D. SMOTHERS                                                                                    PLAINTIFF

v.                                        NO. 4:07CV00679 SWW

LARRY NORRIS, individually and in his official                                          DEFENDANTS
capacity as the Director of the Arkansas
Department of Correction; JUDGE JOHN LANGSTON,
individually and in his official capacity as a
Circuit Judge for Pulaski County, Arkansas;
RANDY JOHNSON, individually and in his
official capacity as the Sheriff of Pulaski County,
Arkansas; and PULASKI COUNTY, ARKANSAS

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for all of the defendants.

IT IS SO ORDERED this 26th day of November, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE